# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1905. MITCHELL v. THE STATE.**

The above-referenced case was docketed in this Court on May 28, 2020. In accordance with Court of Appeals Rule 23 (a), the appellant was required to file his brief within 20 days of that date. But on June 25, 2020, the appellant requested an extension of time to file his brief, and this Court granted the motion, ordering the appellant to file her brief by June 29, 2020. As of the date of this order, the appellant has failed to do so. As a result, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/02/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*